

# Fourth Court of Appeals
## San Antonio, Texas

October 27, 2017

No. 04-17-00406-CR & 04-17-00407-CR

Bruce Ray **BLACKWELL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 5842 & 5843
Honorable N. Keith Williams, Judge Presiding

# O R D E R

Appellant's brief was due October 18, 2017. On October 24, appellant filed a motion for extension of time requesting a sixty-day extension of time to file the brief. We grant the motion and **order** appellant's attorney, Zachary P. Hudler, to file the brief by **December 18, 2017** (61 days after the original due date). Counsel is advised that no further extensions of time will be granted absent a motion that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline. The court does not generally consider a heavy work schedule to be an extraordinary circumstance. If the brief or a conforming motion is not filed by the date ordered, the court may abate this appeal and remand the case to the trial court for a hearing to determine whether appellant or counsel has abandoned the appeal.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of October, 2017.



Keith E. Hottle
Clerk of Court